The Honorable Lauren King
The Honorable Michelle L. Peterson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMALL BAKER,<br><br>    Plaintiff,<br><br>v.<br><br>LAURA LEE HALE, VALERIE WEBER, AND JAMES HOAG,<br><br>    Defendants. | NO. C22-01672-LK-MLP<br><br>ORDER GRANTING STIPULATED MOTION TO AMEND ORDER SETTING PRETRIAL SCHEDULE |

## ORDER

THIS MATTER came before the Court on the foregoing Stipulated Motion and the Court having considered the Stipulation, and good cause appearing, now therefore:

IT IS HEREBY ORDERED that the Order Setting Pretrial Schedule and the deadlines contained therein are hereby amended as follows:

1. Reports of expert witnesses under FRCP 26(a) shall be completed by January 24, 2024.

2. All motions related to discovery shall be filed and noted for consideration no later than February 7, 2024.

ORDER GRANTING STIP MTN TO AMEND ORDER SETTING PRETRIAL SCHEDULE
2:22-cv-01672-LK-MLP

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

3. Rebuttal expert disclosures under FRCP 26(a)(2) shall be completed by February 22, 2024.

4. Discovery shall be completed by March 8, 2024.

5. Dispositive motions and motions to exclude expert testimony for failure to satisfy *Daubert* shall be filed pursuant to LCR 7(d) by April 8, 2024.

Signed this 24th day of October, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING STIP MTN TO AMEND ORDER SETTING PRETRIAL SCHEDULE
2:22-cv-01672-LK-MLP

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744