The Honorable Lauren King
The Honorable Michelle L. Peterson

# IN THE U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON
## SEATTLE COURTHOUSE

| | |
|---|---|
| JAMALL BAKER, | NO. 22-cv-01672-LK-MLP |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING AGREED STIPULATION FOR CONTINUANCE OF PRETRIAL SCHEDULE DEADLINES |
| LAURA LEE HALE, VALERIE WEBER, AND JAMES HOAG, | |
| Defendants. | |

## I. ORDER OF THE COURT

THIS MATTER having come before the court on the parties' Agreed Stipulation for Continuance of Pretrial Schedule Deadlines, AND the Court having considered the pleadings filed herein;

IT IS HEREBY ORDERED BY THE COURT, that the parties' Agreed Stipulation for Continuance of Pretrial Schedule Deadlines IS HEREBY GRANTED and it is ORDERED that the new amended case schedule shall be as follows:

| Event | Amended Date |
|---|---|
| Reports of Expert Witnesses under FRCP 26(a)(2) due (Dkt 24) | **April 8, 2024** |
| All motions related to discovery must be filed by this date and noted for consideration no later than the third Friday thereafter (see LCR 7(d)) (Dkt 24) | **April 22, 2024** |
| Rebuttal expert disclosures under FRCP 26(a)(2) due (Dkt 24) | **May 7, 2024** |
| Discovery to be completed by (Dkt 24) | **May 23, 2024** |
| All dispositive motions and motions to exclude expert testimony for failure to satisfy Daubert must be filed pursuant to LCR 7(d) (Dkt 24) | **July 1, 2024** |
|  |  |

IT IS SO ORDERED.

Dated this 23rd day of January, 2024

MICHELLE L. PETERSON
United States Magistrate Judge

[PROPOSED] ORDER GRANTING STIPULATION
AMEND PRETRIAL SCHEDULE - 2

JAY H. KRULEWITCH, ATTORNEY AT LAW
P.O. BOX 33546
SEATTLE, WA 98133
(206) 233-0828
JAY@KRULEWITCHLAW.COM

Presented by:

JAY H. KRULEWITCH, ATTORNEY AT LAW

*s/Jay H. Krulewitch*
Jay H. Krulewitch, WSBA No. 17612
Attorney for Plaintiff
P.O. Box 33546
Seattle, WA 98133
P: (206) 233-0828
F: (206) 628-0794
E: jay@krulewitchlaw.com
Attorney for Plaintiff Jamall Baker

ROBERT W. FERGUSON
Attorney General

*s/Sharia N. Yancey*
SHARIA N. YANCEY, WSBA #58340
Assistant Attorney General
OID #91019
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 389-2117
Email: sharia.yancey@atg.wa.gov
Attorney for Defendants

[PROPOSED] ORDER GRANTING STIPULATION
AMEND PRETRIAL SCHEDULE - 3

JAY H. KRULEWITCH, ATTORNEY AT LAW
P.O. BOX 33546
SEATTLE, WA 98133
(206) 233-0828
JAY@KRULEWITCHLAW.COM