The Honorable Lauren King
The Honorable Michelle L. Peterson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMALL BAKER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LAURA LEE HALE, VALERIE WEBER, AND JAMES HOAG,<br><br>　　　　　Defendants. | NO. C22-01672-LK-MLP<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND CASE SCHEDULING ORDER DEADLINES |

## ORDER

THIS MATTER came before the Court on the foregoing Stipulated Motion and the Court having considered the Stipulation, and good cause appearing, now therefore:

IT IS HEREBY ORDERED that the Stipulated Motion to Extend Case Scheduling Order Deadlines contained therein are hereby amended as follows:

| | | |
|---|---|---|
| Reports of Expert Witnesses under FRCP 26(a)(2) due (Dkt 24) | April 8, 2024 | **April 29, 2024** |
| All motions related to discovery must be filed by this date and noted for consideration no later than the third Friday thereafter (see LCR 7(d)) (Dkt 24) | April 22, 2024 | **May 13, 2024** |

ORDER GRANTING STIPULATED
MOTION TO EXTEND CASE
SCHEDULING DEADLINES
No. 2:22-cv-01672-LK-MLP

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

| | | |
|---|---|---|
| Rebuttal expert disclosures under FRCP 26(a)(2) due (Dkt 24) | May 7, 2024 | **May 28, 2024** |
| Discovery to be completed by (Dkt 24) | May 23, 2024 | **June 13, 2024** |
| All dispositive motions and motions to exclude expert testimony for failure to satisfy Daubert must be filed pursuant to LCR 7(d) (Dkt 24) | July 1, 2024 | **July 11, 2024** |

Signed this 28th day of March, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND CASE SCHEDULING DEADLINES
No. 2:22-cv-01672-LK-MLP

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744