**The Honorable Lauren King**
**The Honorable Michelle L. Peterson**

## IN THE U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON
## SEATTLE COURTHOUSE

| | |
|---|---|
| JAMALL BAKER, | ) |
| | ) NO. 22-cv-01672-LK-MLP |
| Plaintiff, | ) |
| | ) [PROPOSED] ORDER GRANTING |
| v. | ) AGREED STIPULATION FOR |
| | ) CONTINUANCE OF DISCOVERY AND |
| LAURA LEE HALE, VALERIE WEBER, | ) DISPOSITIVE MOTION DEADLINES |
| AND JAMES HOAG, | ) |
| | ) |
| Defendants. | ) |

## I. ORDER OF THE COURT

THIS MATTER having come before the court on the parties' Agreed Stipulation for Continuance of Discovery and Dispositive Motion Deadlines, AND the Court having considered the pleadings filed herein;

IT IS HEREBY ORDERED BY THE COURT, that the parties' Agreed Stipulation for Continuance of Discovery and Dispositive Motion Deadlines IS HEREBY GRANTED and it is ORDERED that the new amended case schedule shall be as follows:

| Event | Amended Date |
|---|---|
| Discovery To Be Complete By (*See* Dkt 31) | **July 11, 2024** |
| All Dispositive Motions and Motions to Exclude Expert Testimony for Failure to Satisfy Daubert Must Be Filed Pursuant to LCR 7(d) (*See* Dkt 31) | **July 25, 2024** |
| | |

IT IS SO ORDERED.

Dated this 20th day of May, 2024.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

JAY H. KRULEWITCH, ATTORNEY AT LAW

*s/Jay H. Krulewitch*
Jay H. Krulewitch, WSBA No. 17612
Attorney for Plaintiff
P.O. Box 33546
Seattle, WA 98133
P: (206) 233-0828
F: (206) 628-0794
E: jay@krulewitchlaw.com
Attorney for Plaintiff Jamall Baker

[PROPOSED] ORDER GRANTING STIPULATION
AMEND PRETRIAL SCHEDULE - 2

JAY H. KRULEWITCH, ATTORNEY AT LAW
P.O. BOX 33546
SEATTLE, WA 98133
(206) 233-0828
JAY@KRULEWITCHLAW.COM

ROBERT W. FERGUSON
Attorney General

*s/Sharia N. Yancey*
SHARIA N. YANCEY, WSBA #58340
Assistant Attorney General
OID #91019
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 389-2117
Email: sharia.yancey@atg.wa.gov
Attorney for Defendants

[PROPOSED] ORDER GRANTING STIPULATION
AMEND PRETRIAL SCHEDULE - 3

JAY H. KRULEWITCH, ATTORNEY AT LAW
P.O. BOX 33546
SEATTLE, WA 98133
(206) 233-0828
JAY@KRULEWITCHLAW.COM