UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMALL BAKER,

        Plaintiff,

v.

LAURA LEE HALE; VALERIE WEBER; and JAMES HOAG,

        Defendants.

C22-1672 TSZ

ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, docket no. 52, plaintiff's objection, docket no. 53, defendants' reply, docket no. 55, and all supporting declarations, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation;

(2) Defendants' Motion for Summary Judgment, docket no. 36, is GRANTED;

(3) Plaintiff's Amended Complaint, docket no. 5, and this action are DISMISSED with prejudice as to plaintiff's federal claims and without prejudice as to Plaintiff's state law medical malpractice claims;

(4) Plaintiff's Motion to Exclude Defendants' Rebuttal Expert Richard A. Williamson, docket no. 41, is DENIED as moot; and

(5) The Clerk is directed to send a copy of this Order to all counsel of record.

Dated this 18th day of October, 2024.

Thomas S. Zilly
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1